Albert Taylor, Jr.
Reg No. 04915-070
FPC Lewisburg/LEC Unit 1
P.O. Box 2000
Lewisburg, PA 17837

December 12, 2007

Clerk of the Court
US District Court
District of Rhode Island
Providence, RI 02903

**Re: U.S.A. -v- Albert Taylor, Jr., Cr. No. 00-00044-02T**

Letter/Motion For Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2); USSG Amendment 9.

To the Clerk of the Court:

Hello, and good afternoon. Please accept this Letter/Motion for filing with the Court

Your kind attention to this matter is greatly appreciated.

Dated: December 12, 2007.

Albert Taylor, Jr.

---

To the United States District Court for the District of Rhode Island, the Honorable Ernest C. Torres, presiding:

On November 1, 2007, the United States Sentencing Commission's Amendment 9 to the United States Sentencing Guidelines became effective, and on December 11, 2007 it was made retroactive. Amendment 9 has the effect of lowering the guideline sentencing range for certain catagories of offenses and offenders which involved cocaine base ("crack").

For example, Amendment 9 provides that where the Base Offense Level in a given case is 32 a 2-level reduction would be applicable, and where the Base Offense Level is 34 or 36 a 3-level reduction would be applicable.

On April 13, 2001, this Honorable Court sentenced me to 97 months imprisonment based on a Base Offense Level of 26 and a Criminal History Catagory of 1, with a Guideline Range of 78 - 97 months (that includes a 2 point enhancement). Application of Amendment 9 would reduce my Base Offense Level 2-points, from a level 26 to 24, and, with all other calculations unaffected, would result in a reduced total offense level of 26, with a Guideline Range of 63 to 78 months.

WHEREFORE, I respectfully request the Court to **ORDER** a 2-point reduction in my Guideline calculation pursuant to Amendment

9 and reduce my sentence to the low end of the corresponding guideline range or as the Court deems just and appropriate.

I swear under the penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge,information, and belief.

Respectfully Submitted,

Dated: December 12, 2007.

Albert Taylor, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Letter/Motion was served on the party set forth below via first class mail, postage prepaid:

United States Attorney's Office
Fleet Center
50 Kennedy Plaza
Providence, RI 02903

on this 12th day of December 2007.

Albert Taylor, Jr.