IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) CR No. 00-044-02T
)
ALBERT TAYLOR )

**Government's Motion For Extension of Time To Respond to Defendant's Motion for A Reduction of Sentence**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby request an Extension of Time to Respond to Defendant's Motion for a Reduction of Sentence for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5052
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 9th day of January, 2008, I caused the Within Government's Motion for Extension of Time to be filed electronically and it is available for viewing and downloading from the ECF system. The following participant has received notice via ordinary mail and postal prepaid to:

Albert Taylor, Jr.
Reg No. 04915-070
FPC Lewisburg/LEC Unit 1
P.O. Box 2000
Lewisburg, PA 17837

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5052
zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 00-044-02T |
| | ) | |
| ALBERT TAYLOR | ) | |

**GOVERNMENT'S MEMORANDUM IN SUPPPORT OF IT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR A REDUCTION OF SENTENCE**

The government ask for an additional two weeks to respond to defendant's Motion for a reduction of sentence. Defendant's motion presents novel issues which the government will seek to address. The criminal division of the U.S. Attorneys office will be meeting Monday, January 14, 2008 to sort through how the office will deal with these new issues. It should be noted that the relevant new provisions in the law do not take effect until March 2008 so a two week delay should not impact defendant.

Respectfully submitted,
ROBERT CLARK CORRENTE
United States Attorney

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5052
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 9th day of January, 2008, I caused the Within Government's Memorandum in Support of It's Motion for Extension of Time to be filed electronically and it is available for viewing and downloading from the ECF system. The following participant has received notice via ordinary mail and postal prepaid to:

Albert Taylor, Jr.
Reg No. 04915-070
FPC Lewisburg/LEC Unit 1
P.O. Box 2000
Lewisburg, PA 17837

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5052
zechariah.chafee@usdoj.gov