IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 00-044-02T |
| | ) | |
| ALBERT TAYLOR | ) | |

**GOVERNMENT'S MOTION FOR A SECOND EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR A REDUCTION OF SENTENCE PURSUANT 18 U.S.C. § 3582 and USSG §§ 1.01.10, 2D1.1**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby request a Second Extension of Time to Respond to Defendant's Motion for a Reduction of Sentence for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5052
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 29th day of January, 2008, I caused the Within Government's Motion for Extension of Time to be filed electronically and it is available for viewing and downloading from the ECF system. The following participant has received notice via ordinary mail and postal prepaid to:

Albert Taylor, Jr.
Reg No. 04915-070
FPC Lewisburg/LEC Unit 1
P.O. Box 2000
Lewisburg, PA 17837

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5052
zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 00-044-02T |
| | ) | |
| ALBERT TAYLOR | ) | |

**GOVERNMENT'S MEMORANDUM IN SUPPPORT OF IT'S MOTION FOR A SECOND EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR A REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582 and USSG §§ 1.01.10, 2D1.1**

The government asks for an extension of time until February 15, 2008 to answer defendant's motion for re-sentencing under the revised crack guidelines. The office's First Assistant is just back from the national conference in St. Louis on the guideline change and the resulting motions. The Assistant U.S. Attorneys in the office have been instructed to seek extensions to give the office time to formulate a policy as a result of what the First Assistant learned. The new guidelines do not take effect until March 3, 2008. There should be time for this court to review the motion between February 15, 2008 and March 3, 2008. It appears now that Taylor will be eligible for immediate release even if he receives a new sentence at the top of the guideline range.

Respectfully submitted,
ROBERT CLARK CORRENTE
United States Attorney

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5052
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 29th day of January, 2008, I caused the Within Government's Memorandum in Support of It's Motion for a Second Extension of Time to be filed electronically and it is available for viewing and downloading from the ECF system. The following participant has received notice via ordinary mail and postal prepaid to:

Albert Taylor, Jr.
Reg No. 04915-070
FPC Lewisburg/LEC Unit 1
P.O. Box 2000
Lewisburg, PA 17837

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5052
zechariah.chafee@usdoj.gov