UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 00-0044-02T |
| | ) | |
| ALBERT TAYLOR | ) | |

---

MEMORANDUM IN SUPPORT OF STIPULATION AND MOTION FOR MODIFICATION OF SENTENCE

Now comes Albert Taylor, the Defendant in the above captioned matter, with this supporting memorandum further requesting a reduction of his sentence pursuant to the amended sentencing guideline, U.S,S.G § 2D1.1, and in accordance with 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 (2008).

I. Authority

Effective March 3, 2008, the United States Sentencing Commission made Amendment 706 to the guidelines retroactive and applicable to individual's sentenced prior to November 1, 2007; the enactment date. The amendment lowered the advisory guidelines for crack cocaine offenses by 2 offense levels. Eligibility for a reduction is governed by 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10. Although eligibility is categorical, the sentencing court retains the authority to decide whether or not to grant a reduction.

The initial step requires the court to calculate and acknowledge the new advisory guideline range. U.S.S.G. § 1B1.10(b)(1). This calculation represents the range which would have applied had the amendment been in operation at the time of the original sentencing. Id. After applying the new range to the defendant, the court then determines if a reduction is warranted and to what extent.

The court has wide discretion when deciding the issue of a reduction. The court must consider all of the sentencing factors under 18 U.S.C. § 3553(a), just as it would in an original sentencing. U.S.S.G. § 1B1.10, app. n. 1(B)(i). The court must also consider two other categories of information:

1. Whether a reduction poses a danger to the community (U.S.S.G. § 1B1.10, app. n. 1(B)(ii), and
2. The individual's post-sentencing conduct (U.S.S.G. § 1B1.10, app. n. 1(B)(iii).

The court uses all of this information to determine if a reduction is warranted and to what extent.

II. Individual Considerations

A. Recalculated Guideline Range

On January 9, 2001, a jury found Mr. Taylor guilty of conspiracy and trafficking more than 5 grams of cocaine base. The Court found Mr. Taylor responsible for 15.21 grams of crack cocaine, and also that he possessed a firearm while trafficking. The resulting offense level was a 28 and his criminal history category was I. The guideline range was 78 to 97 month of incarceration. PSR ¶¶ 14-22, 38. The amendment, applied retroactively here, lowers the offense level 2 points and results in an advisory range of 63 to 78 months in prison. Ltr. from Probation (February 8, 2008).

B. Sentencing

At Mr. Taylor's original sentencing the Court imposed a sentence at the top of the then mandatory guideline range; 97 months. The Court imposed this sentence based on several considerations. First, the Court noted that Mr. Taylor had not shown any remorse for his conduct at all. Sent. Trans. 9-12. Although a defendant is not required to admit wrong or show remorse in his allocution, the Court felt that Mr. Taylor's conduct throughout the proceedings was disrespectful and approached contempt: Mr. Taylor refused to answer the Court or rise when appropriate, he pressed a frivolous defense based on the Uniform Commercial Code, and he was also overheard swearing at his counsel. Second, the Court was concerned about Mr. Taylor offense conduct. He possessed a firearm during the offense which triggered a 2 level enhancement of his offense level. Also, some evidence surfaced at trial that alluded to his involvement in other trafficking activity. Taken together, the Court decided Mr. Taylor's conduct at trial and his offense conduct merited a top end sentence, but not an upward departure.

C. Post-Sentencing Conduct

Despite Mr. Taylor's lack of productive behavior at trial, he took full advantage of the rehabilitation opportunities presented to him by the BOP. He first served at FCI Ray Brook, a

medium security facility in upstate New York. There he completed several classes including topics on parenting, personal finance, and self development. He also participated in two significant community service projects. The Yellow Ribbons project assisted victims of the September 11, 2001, attack. He was also part of the Daily Points of Light program for which he received several commendations.[1]

Mr. Taylor next served in the low security facility at USP Allewood in Pennsylvania. He continued his community service by participating in the ROPE program. He completed 100 hours of service and was involved in different activities including youth counseling and raising money for cancer research and to assist the victims of Hurricane Katrina. Mr. Taylor also attained the position which held a high level of trust and responsibility for an inmate; Town Driver. The position included a gate pass and a van. He left the prison on an almost daily basis to ferry passengers and cargo around the various parts of the facility. Lastly, Mr. Taylor served as a suicide watch companion to other inmates in distress.

In October, 2006, Mr. Taylor arrived at the camp at USP Lewisburg, PA. He obtained a job in the food service warehouse. The warehouse serves as a central delivery point for the Lewisburg complex. Mr. Taylor is now responsible for a number of tasks including clerical, inventory, and receiving. He deals with civilian drivers and suppliers daily, is OSHA certified on a forklift and other machinery, and also delivers food to the other parts of the prison. Mr. Taylor remains at Lewisburg presently.

Throughout his time in the BOP, Mr. Taylor has remained positive and helpful. He had some experience as an electrician prior to his sentence and put this experience to use at each of the facilities when called upon to assist with repairs. Mr. Taylor has had only one minor booking while in custody.[2] That minor misstep does not detract from the very successful and impressive record he has amassed. Mr. Taylor's post-sentencing conduct clearly supports the reduction presented in the stipulation.

---

[1] Including a letter from President George W. Bush and a certificate of achievement from New York Governor George Pataki. (attached).

[2] Mr. Taylor had more soap and canned tuna from the commissary in his belongings than allowed. The result was some temporary lost phone and commissary privileges.

III. Conclusion

The Court should grant the reduction recommended in the stipulation. The new guideline range is 19 months shorter at the high end; reduced from 97 to 78 months. The factors relied on by the Court for the original high end sentence did not warrant any further upward departure. Likewise, those factors cannot now support the original sentence because 97 months now represents a sentence above the guidelines, either as a variance or a departure; those factors support the high end of the guideline only. Further, Mr. Taylor has made great rehabilitative strides while incarcerated. His success cannot be ignored and very well supports the reduction. Lastly, Mr. Taylor recognizes the level of his misconduct and disrespect during the prosecution of case. He is embarrassed and apologetic and desires to address the Court directly. Ultimately there is no information that supports the idea that Mr. Taylor presents any special danger to the community, he has rehabilitated himself, and the government agrees he is deserving of the reduction. We ask that the Court reduce Mr. Taylor's sentence to 78 months in custody which effectively translates to the time he has already served.

Respectfully submitted
Albert Taylor
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, and Kristin Mattias, United States Probation Officer, on March 13, 2008.

/s/ Kevin J. Fitzgerald

# CERTIFICATE OF PARTICIPATION

Presented to

***Albert Taylor***

for his contribution of eight hours in the

***YELLOW RIBBONS OF SUPPORT***
***COMMUNITY PROJECT 2003***

*This certificate is hereby issued this thirtieth day of June 2003* .

Barbara Darrah, Inmate Activities Coordinator

© 1989 GOES P
All Rights Reserved

LITHO. IN U.S.A.

Mar 04 08 09:44a Olive Taylor 6093921319 p.4

# State of New York
## Executive Chamber

# Certificate of Merit

Presented To:

## FCI Ray Brook's Inmate Volunteer Corps

upon being honored with *The Daily Points of Light Award* for your outstanding efforts and notable commitment to your fellow man. You truly exemplify the spirit of volunteerism that is at the core of this special recognition through your generosity of service, which not only fulfills a vital need within your community, but illustrates the positive benefits of giving to our society. On behalf of all New Yorkers, I commend you for making a positive and lasting difference in the lives of others. Congratulations and best wishes for future success.

Awarded this twelfth day of October
in the year two thousand one

Geo. E. Pataki
Governor

POINTS OF LIGHT FOUNDATION

1400 I Street, NW
Suite 800
Washington, DC
20005-6526

PHONE 202-729-8000
FAX 202-729-8100
www.PointsofLight.org

October 12, 2001

FCI Ray Brook's Inmate Volunteer Corps
PO Box 300
Ray Brook, NY 12977-0300

Dear Friends:

Congratulations on being named a Daily Point of Light. Through your service you join the ranks of America's true unsung heroes – volunteers. Creating opportunities for young people to serve is a vital goal of the President's Summit for America's Future. Your work with inmate volunteer projects exemplifies the achievement of this goal.

The giving back to one's community through service is an integral part of our heritage and an indispensable resource for our future. At The Points of Light Foundation we believe that at the root of social problems lies disconnection - disconnection from resources, disconnection from people and, ultimately, disconnection from hope. Volunteering connects Americans through service to the fundamental resources needed to lead productive lives.

The spirit and energy of America's volunteers inspire us all. Your work is a shining example of this spirit.

With best wishes,

Bob Goodwin
President & CEO

October 2001

# The Daily Points of Light Award

Barbara Darrah
FCI Ray Brook's Inmate Volunteer Corps
PO Box 300
Ray Brook, NY 12977-0300

Dear Friends:

Congratulations on being selected as the Daily Point of Light for October 12, 2001. This letter is to inform you of what this honor entails.

Given each weekday, The Daily Points of Light Award honors an individual or organization that makes a positive and lasting difference in the lives of others. Originally instituted during the administration of former President George Bush, the program was reinstated on January 1, 1998 by the Points of Light Foundation, the Corporation for National Service and the Knights of Columbus. President Bill Clinton and President Bush jointly chose the first two recipients. President George W. Bush, former President Bill Clinton and former President George Bush each will issue a congratulatory letter to all Daily Points of Light.

In addition to the congratulatory letter from President Bush, and former Presidents Clinton and Bush, each Daily Point of Light receives an official certificate, and a letter from Robert K. Goodwin, the President and CEO of the Points of Light Foundation. The letters and certificate typically arrive within two to three months of your selection. Your government officials and your local Volunteer Center will also be notified of your award, and a press release about your service efforts will be issued to all media within your local area. On the day of your award, you will be highlighted on the Points of Light Foundation Web site (www.PointsofLight.org).

Enclosed are the following:

- A one-page profile of your service efforts
- Daily Points of Light Award Info Sheet
- Photograph Release Approval Form
- Informational fact sheets about the sponsors of the award

Please edit the profile as necessary and return it, along with the Info Sheet and Photograph Release Approval Form, to our office as soon as possible. The address and fax number for return can be found at the bottom of the enclosed Info Sheet.

Again, congratulations on your award, and thank you for your commitment to service.

Sincerely,

Crystal N. Hill

Crystal N. Hill
Manager, Daily Points of Light Awards

SPONSORS CORPORATION FOR NATIONAL SERVICE POINTS OF LIGHT FOUNDATION Knights of Columbus



Mar 04 08 09:44a Olive Taylor 6093921319 p.3

**THE WHITE HOUSE**

**WASHINGTON**

October 17, 2001

FCI Ray Brook's Inmate Volunteer Corps
Post Office Box 300
Ray Brook, New York 12977-0300

Dear Friends:

I am pleased to send warm greetings and congratulations on being named a Daily Point of Light. This recognition pays tribute to your important efforts to lend a helping hand to others.

Every day in our great Nation, outstanding individuals make a positive difference in their communities. I commend you for upholding this proud tradition through your volunteer service to your fellow citizens. Your hard work and dedication enhance the quality of life for others and demonstrate the caring and generous spirit that makes our country strong.

Laura joins me in sending best wishes on this special and memorable occasion.

Sincerely,

George W. Bush

LITHO. IN U.S.A.

# *Certificate of Completion*

Albert Taylor

***has successfully completed sixteen credit hours in***

## DEVELOPING CAPABLE PEOPLE

***This certificate is hereby issued, August 1st, 2003***

*Program Coordinator:* Lois A. Putnam

*Supervisor of Education:* [illegible]

© 1988 GOES P
All Rights Reserved

Mar 04 08 09:45a Olive Taylor 6093921319 p.6

# *Certificate of Achievement*

## Psychology Department
## Allenwood, Pennsylvania

**This Certifies that**

# Albert Taylor

***has completed the training requirements for and served as a***

## *SUICIDE WATCH COMPANION*

***from July 2005 - May 2006***

**This Certificate is hereby issued this 11th day of May, 2006**

M. Pinkowski, Ph.D.

Mar 04 08 09:43a Olive Taylor 6093921319 p.1

# Certificate of Appreciation

Awarded to: **Albert Taylor**

L. S. C. I. Allenwood would like to take this opportunity to express our sincere appreciation for your 2 years of service and dedication to helping troubled youth in the R.O.P.E. Program.

You and each member of the program were entrusted with the ultimate responsibility of working with youth from communities surrounding the Low Security Correctional Institution Allenwood, Federal Bureau of Prisons. You showed professionalism, leadership, and maturity throughout your years in the program.

We have had the opportunity to watch you grow, mature, and become a leader throughout each session of the program, and we are proud of you.

Once again Thank You for helping make R.O.P.E. what it is today.

Martin J. Russell, Correctional Counselor R.O.P.E. Program Coordinator

October 10, 2006