# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

United States of America
v.
Albert Taylor

Date of Previous Judgment: 04/24/2001

Case No: CR00-44-02T
USM 04915-070
Kevin Fitzgerald
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✓ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ✓ GRANTED and the defendant's previously imposed sentence of imprisonment of 97 months **is reduced to** time served as of 3/28/08.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 28 | Amended Offense Level: | 26 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 78 to 97 months | Amended Guideline Range: | 63 to 78 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

✓ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 04/24/2001 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 3/20/08

Ernest C. Torres
Judge's signature

Effective Date: 03/28/2008
(if different from order date)

Ernest C. Torres, Senior U.S. District Judge
Printed name and title